COMMONWEALTH of Pennsylvania, Respondent,

v.

Ricardo FOY, Petitioner.

Supreme Court of Pennsylvania.

June 3, 1994.

Marvin W. Factor, Factor & Factor, Philadelphia, for R. Foy.

Kathy L. Echternach, John Carpenter, Dist. Attorney's Office, Philadelphia, for Com.

*ORDER*

PER CURIAM.

AND NOW, this 3d day of June, 1994, it is hereby ordered that the request for stay filed by petitioner Ricardo Foy is denied.

MONTEMURO, J., is sitting by designation as Senior Justice pursuant to Judicial Assignment Docket No. 94 R1800, due to the unavailability of LARSEN, J.; see No. 127 Judicial Administration Docket No. 1, filed October 28, 1993.

COMMONWEALTH of Pennsylvania

v.

Michael JOHNSON, a/k/a Norman Gillis, Appellant.

Supreme Court of Pennsylvania.

Argued Dec. 7, 1994.

Decided Dec. 30, 1994.

James D. Famiglio, Broomall, for M. Johnson.

Louis G. Stesis, Dennis C. McAndrews, Media, for Com.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.